# Buchanan Ingersoll & Rooney PC

**Melissa J. Bayly**
973 424 5604
melissa.bayly@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582
T 973 273 9800
F 973 273 9430

August 23, 2019

**Via ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court
  For the District of New Jersey
Rev. Dr. Martin Luther King, Jr.
  Federal Building & U.S. Courthouse
50 Walnut Street,
Newark, New Jersey 07102

      Re:   *Isley et al v. BMW of North America, LLC*
               Civil Action No. 2:19-cv-12680-ES-MAH
               *Joint Stipulation & Proposed Order on Motion to Dismiss*

Dear Judge Hammer:

      This firm represents Defendant BMW of North America, LLC ("BMW NA").  Enclosed please find the parties' joint stipulation and proposed order regarding BMW NA's planned motion to dismiss the First Amended Complaint.  If the stipulation meets with your approval, we ask that it be entered as an order on ECF.

      Should you have any questions, counsel are available to discuss.

                                      Respectfully,

                                      *Melissa J. Bayly*

                                      Melissa J. Bayly

CJD/dtb
Enclosure
cc:     Frederick J. Klorczyk III, Esq. (via ECF) (w/encl.)