Christopher J. Dalton
Daniel Z. Rivlin
Melissa J. Bayly
**Buchanan Ingersoll & Rooney PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, NJ  07102-4582
(973) 273-9800

*Attorneys for Defendant*
*BMW of North America, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ISLEY, JEFFERY QUINN, VIPUL KHANNA, WALINGTON URENA, DANIEL GULICK, and MICHAEL HENCHY JR, on behalf of themselves and the putative class,<br><br>*Plaintiff,*<br>v.<br><br>BMW OF NORTH AMERICA, LLC and BAVARIAN MOTOR WORKS AG,<br><br>*Defendants*. | Case No.  2:19-cv-12680-ES-MAH<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING BMW OF NORTH AMERICA, LLC'S TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

**Whereas,** pursuant to the Court's August 2, 2019 Order (D.E. 8) setting the briefing schedule in this matter, BMW of North America's ("BMW NA") Motion to Dismiss is due on or before August 23, 2019

**Whereas,** counsel for BMW NA and counsel for Plaintiffs Thomas Isley, Jeffery Quinn, Vipul Khanna, Walington Urena, Daniel Gulick, and Michael Henchy, Jr., have conferred regarding a brief extension of BMW NA's time to file its motion to dismiss:

Now, therefore, it is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

1. BMW NA will file its Motion to Dismiss on or before August 26, 2019;

2. Plaintiffs will respond to the Motion to Dismiss on or before September 23, 2019;

3. BMW NA will reply in further support of its Motion to Dismiss on or before October 7, 2019

| | |
|---|---|
| */s/ Frederick J. Klorczyk III* | */s/ Melissa J. Bayly* |
| Frederick J. Klorczyk III | Melissa J. Bayly |
| Joel D. Smith | **Buchanan Ingersoll & Rooney PC** |
| **BURSOR & FISHER, P.A.** | Incorporated in Pennsylvania |
| 1990 North California Blvd., Suite 940 | 550 Broad Street, Suite 810 |
| Walnut Creek, CA 94596 | Newark, NJ  07102-4582 |
| | (973) 424-5604 |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant* |
| | *BMW of North America, LLC* |
| Dated: August 23, 2019 | |
| | Dated: August 23, 2019 |

## ORDER

The above application is **GRANTED** on this ___ day of _____, 2019.

1. BMW NA will file its Motion to Dismiss on or before August 26, 2019.

_____
Hon. Esther Salas, U.S.D.J.
Hon. Michael A. Hammer, U.S.M.J.