# BURSOR & FISHER
P.A.

1990 N. CALIFORNIA BLVD.
SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

FREDERICK J. KLORCZYK III
Tel: 925.300.4455
Fax: 925.407.2700
fklorczyk@bursor.com

February 26, 2020

*Via ECF*
Hon. Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Rev. Dr. Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

(ORDER)

Re: *Isley et al. v. BMW of North America, LLC, et al.*, Case No. 2:19-cv-12680-ES-ESK

Dear Judge Kiel:

I represent Plaintiffs in the above-captioned matter, and write jointly on behalf the parties to request certain modifications to the schedule in this matter. As disclosed in recent filings, the parties intend to mediate this matter with Hon. Jose L. Linares, U.S.D.J. (ret.) on March 24, 2020, subsequent to which Your Honor has scheduled a telephonic status for April 6, 2020. The parties have, accordingly, been focusing on that upcoming mediation. Therefore, the parties propose a stay of all current deadlines pending completion of the mediation. The parties further propose that they advise the Court of the outcome of mediation during the April 6, 2020 conference; if the mediation has not been successful, we would address a revised scheduling order, without prejudice to any deadlines that may have passed in the interim.

GRANTED. Deadlines set forth under ECF No. 19 are stayed at this juncture.

Very truly yours,

Frederick J. Klorczyk III

**SO ORDERED**

Edward S. Kiel, U.S.M.J.

Date: 2-27-2020