# BURSOR & FISHER
P.A.

| | |
|---|---|
| 888 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>www.bursor.com | FREDERICK J. KLORCZYK III<br>Tel: 646.837.7150<br>Fax: 212.989.9163<br>fklorczyk@bursor.com |

February 18, 2021

<u>*Via ECF*</u>
Hon. Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Rev. Dr. Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    *Isley et al. v. BMW of North America, LLC, et al.*, Case No. 2:19-cv-12680-ES-ESK

Dear Judge Kiel:

      I represent Plaintiffs in the above-captioned matter and write in response to BMW NA's February 17, 2021, letter regarding the status conference currently scheduled for February 26, 2021 at 10:00 am.  *See* ECF No. 44.  Plaintiffs hereby join in BMW NA's request to "convert the status conference into a settlement conference."  *Id.*

                                                           Very truly yours,

                                                           Frederick J. Klorczyk III