## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ISLEY *et al*., on behalf of themselves and the putative class,<br><br>*Plaintiff*,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC and BAVARIAN MOTOR WORKS AG,<br><br>*Defendants*. | Case No.  2:19-cv-12680-ES-MAH<br><br>**SO ORDERED.**<br><br>_____<br>**Hon. Esther Salas, U.S.D.J.**<br>Dated: June 3, 2021 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT *ONLY*

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that Defendant

BAVARIAN MOTOR WORKS AG (aka Bayerische Motoren Werke Aktiengesellschaft) is

dismissed without prejudice.  **Defendant BMW OF NORTH AMERICA, LLC remains a**

**defendant in this case and is not dismissed.**

**IN WITNESS WHEREOF**, Plaintiffs and Defendants, by and through their respective

counsel, have executed this Stipulation as of the date(s) indicated on the lines below.

| | |
|---|---|
|   /s/ Frederick J. Klorczyk, III, Esq. | ___/s/ Daniel Z. Rivlin_____ |
| Frederick J. Klorczyk, III, Esq. | Christopher J. Dalton, Esq. |
| Bursor & Fisher, P.A. | Daniel Z. Rivlin, Esq. |
| 888 Seventh Avenue | Argia J. DiMarco, Esq. |
| New York, New York 10019 | Buchanan Ingersoll & Rooney PC |
| | 550 Broad Street, Suite 810 |
| Joel D. Smith, Esq. | Newark, New Jersey 07102 |
| Bursor & Fisher, P.A. | |
| 1990 North California Boulevard, Suite 940 | |
| Walnut Creek, California 94696 | Date: May 26, 2021 |
| | |
| Date: May 26, 2021 | *Attorneys for Defendants* |
| | *BMW of North America, LLC and* |
| *Attorneys for Plaintiffs* | *Bayerische Motoren Werke* |
| *and the Putative Classes* | *Aktiengesellschaft* |