## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ISLEY *et al.*, on behalf of themselves and the putative class,<br><br>*Plaintiff*,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC and BAVARIAN MOTOR WORKS AG,<br><br>*Defendants*. | Case No.  2:19-cv-12680-ES-ESK |

## STIPULATION AND ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT AND DISMISSAL OF BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT

**WHEREAS**, Plaintiffs filed a putative class action in the United States District Court for the District of New Jersey (*Isley et al. v. BMW of North America, LLC, et al.*, Case No. 19-cv-12680-ES-ESK) on May 17, 2019 (the "Action") (DE 1); and

**WHEREAS**, Plaintiffs filed a First Amended Class Action Complaint (DE 6) on July 22, 2019; and

**WHEREAS**, BMW of North America, LLC ("BMW NA") filed a Motion to Dismiss the First Amended Complaint (DE 11) on August 26, 2019; and

**WHEREAS,** neither BMW NA nor Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") (improperly named as "Bavarian Motor Works AG") have filed an answer, by agreement of the parties and with consent of the Court; and

**WHEREAS,** Plaintiffs wish to file a Second Amended Complaint for settlement purposes only; and

**WHEREAS**, Plaintiffs have agreed to dismiss BMW AG, without prejudice;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiffs and Defendants, as follows:

1.	Upon execution of this stipulation, Plaintiffs will file a stipulation of dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing BMW AG, without prejudice, from the Action.  Rule 41(d), pertaining to costs of a previously dismissed action, will not apply to this dismissal in the event BMW AG is brought back into the Action.

2.	The parties agree that the running of any and all applicable statutes of limitations, repose, or other defenses or limitations on actions, including but not limited to the entire controversy doctrine, laches, waiver, and estoppel, with respect to both individual and putative class action claims shall be tolled and suspended as of February 28, 2020, until the termination of the Action.

3.	Upon the dismissal of BMW AG, Plaintiffs may file a Second Amended Complaint for settlement purposes that (a) excludes BMW AG as a named defendant; (b) adds an additional three (3) class representatives; and (c) expands the allegations to encompass a nationwide class consistent with the settlement.

4.	Because the Second Amended Complaint is being filed solely for the purposes set forth herein, BMW NA does not need to respond to it, unless the settlement is not finally approved or litigation recommences for any reason, in which case the parties will meet and confer regarding an appropriate response date.

**IN WITNESS WHEREOF**, Plaintiffs and Defendants, by and through their respective counsel, have executed this Stipulation as of the date(s) indicated on the lines below.

| /s/ Frederick J. Klorczyk, III, Esq. | /s/ Daniel Z. Rivlin |
|---|---|
| Frederick J. Klorczyk, III, Esq.<br>Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>New York, New York 10019<br><br>Joel D. Smith, Esq.<br>Bursor & Fisher, P.A.<br>1990 North California Boulevard, Suite 940 | Christopher J. Dalton, Esq.<br>Daniel Z. Rivlin, Esq.<br>Argia J. DiMarco, Esq.<br>Buchanan Ingersoll & Rooney PC<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102 |

Walnut Creek, California 94696

Date: May 26, 2021

*Attorneys for Plaintiffs
and the Putative Classes*

Date: May 26, 2021

*Attorneys for Defendants
BMW of North America, LLC and
Bayerische Motoren Werke
Aktiengesellschaft*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: **June 21, 2021**                                      */s/ Edward S. Kiel*
                                                                                                 U.S. Magistrate Judge Edward S. Kiel