# Buchanan Ingersoll & Rooney PC

Daniel Z. Rivlin
973-424-5622
Daniel.rivlin@bipc.com

550 Broad Street, Suite 810
Newark, New Jersey 07102
T 973-273-9800
F 973-273-9430
www.bipc.com

December 8, 2021

**Via ECF**
Hon. Edward S. Kiel, U.S.M.J.
United States District Court
 For the District of New Jersey
Rev. Dr. Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Isley et al v. BMW of North America, LLC*
              Civil Action No. 2:19-cv-12680- ESK

Dear Judge Kiel:

    We represent BMW of North America, LLC ("Defendant"). Considering the fee request submitted by Plaintiffs' counsel is in accordance with the Agreement reached by the parties, Defendant does not oppose Plaintiffs' counsel's application with respect to fees.

              Respectfully submitted,

              *Daniel Z Rivlin*

              Daniel Z. Rivlin

cc:    All Counsel (via ECF)