UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ISLEY, JEFFERY QUINN, VIPUL KHANNA, WALINGTON URENA, DANIEL GULICK, MICHAEL HENCHY JR., ANGELA BOVENZI, JONATHAN YEHUDA, and PAUL HOFFNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 2:19-cv-12680-ESK |

**PLAINTIFFS' MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE THAT on January 10, 2022, at 10:00 a.m., pursuant to the Preliminary Approval order entered August 2, 2021 (ECF Doc. 55) in this action, Plaintiffs will move before the Honorable Edward S. Kiel, U.S.M.J. of the United States District Court for the District of New Jersey, located at the Frank R. Lautenberg U.S. Post Office & Courthouse Building, 2 Federal Square, Newark NJ 07102, or by video conference as determined by the Court, for an Order granting Plaintiffs' motion for final approval of the class action settlement, and also for and Order granting Plaintiffs' motion for an award of attorneys' fees, reimbursement

1

of expenses, and payment of service awards, pursuant to the terms of the Settlement Agreement in this case.

This motion is based on the concurrently filed Memorandum of Law, the declaration of Frederick J. Klorczyk III and attached exhibits, the pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

| | |
|---|---|
| Date: December 16, 2021 | Respectfully submitted, |
| | **BURSOR & FISHER, P.A.** |
| | By: /s/ *Frederick J. Klorczyk III* |
| | Frederick J. Klorczyk III<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>Email: fklorczyk@bursor.com |
| | **BURSOR & FISHER, P.A.** |
| | Joel D. Smith (*pro hac vice*)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: jsmith@bursor.com |
| | *Class Counsel* |