7139 Groveland Farms Rd
Groveland
Florida 34736

Judge Edward S Kiel
50 Walnut Street,
Newark,
New Jersey,
07102

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 JUN 13  A 11: 20

6 June 2022

Dear Judge Kiel,

Again I would like to thank you for responding to my previous letter concerning the problem I have been having with the Settlement Claims Administrator and lawyers associated with the ISLEY v. BMW OF NORTH AMERICA, LLC at al (Case Number 2:19-cv-12680-ESK). I wanted to update you on the progress I have had in this matter since it has been over 30 business days since you electronically mailed your notice to the individuals (Christopher J Dalton, Daniel Zev Rivlin, Fredrick John Klorczyk III, Kedrick Redeemer, and Melisa Bayly) on 4/25/2022. I also sent emails to all the emails you mentioned in your letter to ask them for help with my claim. I only received one response (From Christopher J Dalton) who stated that I had received information from both the Settlement Claims Administrator and BMW of North America concerning my claim. I responded by email that I had not received any communication from these individuals after your notice had been sent out.

I have only asked for help with a legitimate claim for damage to my car that was covered in the lawsuit (ISLEY v. BMW OF NORTH AMERICA, LLC at al (Case Number 2:19-cv-12680-ESK)). This was settled for a large amount of money and it appears to me that this money was supposed in part to pay out legitimate claims concerning the BMW car that I owned and that seized and not to pay lawyer fees and administration fees and not address the original problem with the BMW engine. I can understand the lawyers having contempt for me for being a nuisance and ghosting me but do not understand their disrespect for you or your court order.

I am not sure what my next action should be in trying to have my car repaired? I will of course write to BMW of North America and advise them of what I have experienced with the Settlement Claims Administrator and lawyers associated with the case and that in my opinion the large amount of money they settled the lawsuit for is not being used for support of the BMW owners of the affected cars.

Sincerely

*[signature]*

Anthony Johns
+1 (973) 262-0708 (cell)
+1 (352) 366-0525 (home)
tony_johns47@yahoo.com

**Other Orders/Judgments**
2:19-cv-12680-ESK ISLEY v. BMW OF NORTH AMERICA, LLC et al
**CASE CLOSED on 01/10/2022**

CLOSED,RULE16,SCHEDO,STAYED

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 4/26/2022 at 11:08 AM EDT and filed on 4/26/2022
**Case Name:** ISLEY v. BMW OF NORTH AMERICA, LLC et al
**Case Number:** 2:19-cv-12680-ESK
**Filer:**
**WARNING: CASE CLOSED on 01/10/2022**
**Document Number:** 71(No document attached)

**Docket Text:**
**TEXT ORDER: The Court has reviewed Anthony Johns's letter of April 14, 2022 (ECF No. [70]). The Court directs Mr. Johns to the Settlement Claims Administrator for the processing of his potential claim. Counsel for the parties may respond directly to Mr. Johns concerning the issue raised in his letter or file a letter on the docket setting forth their position. So Ordered by Magistrate Judge Edward S. Kiel on 4/25/2022. (sms)**

**2:19-cv-12680-ESK Notice has been electronically mailed to:**

CHRISTOPHER J. DALTON    christopher.dalton@bipc.com

DANIEL ZEV RIVLIN    daniel.rivlin@bipc.com, jonah.perry@bipc.com

FREDERICK JOHN KLORCZYK . III    fklorczyk@bursor.com, ecf-notices@bursor.com

KEDRICK REDEEMER    kedrickredeemer@yahoo.com

MELISSA JEAN BAYLY    melissa.bayly@bipc.com

**2:19-cv-12680-ESK Notice has been sent by regular U.S. Mail:**

**UNITED STATES POSTAL SERVICE.** Retail

**US POSTAGE PAID**
**$8.95**
Origin: 34736
06/07/22
1136300332-05

**PRIORITY MAIL 3-DAY®**

0 Lb 1.80 Oz
1006

EXPECTED DELIVERY DAY: 06/10/22

C014

SHIP TO:
50 WALNUT ST
NEWARK NJ 07102-3551

USPS TRACKING #
9505 5139 4072 2158 4727 40

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00001000014

TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

PRESS FIRMLY TO SEAL

PRIORITY FLAT RATE POSTAGE

X-RAY

FROM:
ANTHONY JOH[N]
7139 GROVELAN[D]
GROVELAND
FL 34736

TO:
Judye K[r]el[...]
50 Walnut S[t]
NEWARK
NJ
07102